IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PAUL D. TIMMS,<br>Institutional ID No. 1564883,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DOUTHIT, M.D.,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 5:20-CV-067-M-BQ |

## ORDER WITHDRAWING
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Pursuant to *Special Order 3–251*, this pro se case has been automatically referred for pretrial management, including judicial screening in accordance with the Prison Litigation Reform Act (PLRA). On February 7, 2023, the undersigned United States Magistrate Judge entered findings and conclusions, recommending that the United States District Judge dismiss this action for want of prosecution due to Timms's failure to respond to or comply with two court orders requiring him to pay the filing fee. ECF No. 27. Timms then filed objections, manifesting an intent to pursue his claims. ECF No. 28. The Court therefore **WITHDRAWS** its Findings, Conclusions, and Recommendation. ECF No. 27.

**SO ORDERED.**

Dated: March __9__, 2023.

D. GORDON BRYANT, JR.
**UNITED STATES MAGISTRATE JUDGE**