IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PAUL D. TIMMS, <br> Institutional ID No. 1564883, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN DOUTHIT, M.D., <br><br> Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:20-CV-067-M-BQ |

## ORDER

On March 27, 2020, pro se Plaintiff Paul D. Timms filed a Complaint (ECF No. 1) in this Court, proceeding *in forma pauperis*. On August 30, 2023, the United States Magistrate Judge entered Findings and Conclusions. ECF No. 39. The Magistrate Judge RECOMMENDS that the Court dismiss with prejudice Plaintiff's claims against Dr. Christian Douthit. Plaintiff did not file objections, and the time to do so has now expired.

After making a plain error review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 39) are ACCEPTED, and Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

**SO ORDERED.**

Dated: September 25, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE